HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

STEVEN MONGER,

    Plaintiff,

  v.

D.K. SISTO, et al.,

    Defendants.

CASE NO. C08-977RAJ

ORDER

    The court previously granted Plaintiff an extension of time to require financial information necessary to support his application for in forma pauperis status. Plaintiff has now provided updated financial information. The court has reviewed that information and finds that Plaintiff has satisfied his obligation to support his request for in forma pauperis status, and that no modification is necessary to the order entered August 13, 2009 directing deductions for payment of Plaintiff's filing fee.

    Accordingly, the court directs the clerk to terminate Plaintiff's renewed motion (Dkt. # 13) for in forma pauperis status.

//
//
//
//
//

ORDER – 1

The court also notes that Defendants filed a motion to dismiss on October 23, 2009. The court will set a pretrial and discovery schedule if necessary in its order resolving that motion to dismiss. Discovery will not commence until the court resolves that motion.

DATED this 10th day of November, 2009.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2